## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

| | | |
|---|---|---|
| THOMAS J. KARL, | : | No. 141 EM 2019 |
| Petitioner | : | |
| v. | : | |
| JULIO CESAR DOMINGUEZ AND OLGA CIFUENTES, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 10th day of March, 2020, the "Petition for Extraordinary Relief, or in the Alternative, King's Bench Jurisdiction" is DENIED.